UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THOMAS EDWARD GARRETT                                CIVIL ACTION

VERSUS                                               NO:  05-1492-CJB-SS

DELTA QUEEN STEAMBOAT
COMPANY, INC.

### O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED as follows:

1. Garrett's motion to recuse the Magistrate Judge is denied.

2. The settlement agreement described in the Magistrate Judge's Report and Recommendation (Rec. doc. 50) is enforced.

3. Garrett shall execute a release in the form attached hereto as Exhibit A.

4. If Garrett refuses to execute the release, then Delta Queen Steamboat Company, Inc.

("Delta Queen") shall issue two checks: the first payable to Medical Center of Louisiana at New Orleans in the amount of $15,500.00; and the second payable to the Favret Firm in the amount of $9,000.00; and after Delta Queen presents proof of delivery of the two checks, it shall present a motion to dismiss with prejudice.

New Orleans, Louisiana, this 14th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Exhibit A

## RELEASE

Whereas on or about March 21, 2005, the plaintiff, Thomas Edward Garrett ("Garrett"), filed a petition for seaman's benefits in state court, which was removed to federal court and designated as Civil Action 05-1492-CJB-SS.

In consideration of the sum of Twenty-four Thousand Five Hundred and No/100 ($24,500.00) Dollars, paid by Delta Queen Steamboat Company, Inc. ("Delta Queen"), the receipt of which is acknowledged, Garrett releases Delta Queen from all claims asserted by him in said Civil Action 05-1492-CJB-SS and agrees to dismiss said action with prejudice each party to bear its own costs.

It is expressly agreed that this payment is made by way of compromise and settlement, and is in no way to be construed as an admission of liability by any party.

This ____ day of _____, 2007.

                                              _____
                                              Thomas Edward Garrett